# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOWNING STORAGE, LLC,** | Case No. 8:22cv206 |
| Plaintiff, | |
| v. | ORDER |
| **WADENA INSURANCE COMPANY and IMT INSURANCE COMPANY,** | |
| Defendants. | |

**IT IS ORDERED** that the motion for leave to withdraw as counsel (Filing No. 16) filed by Benjamin Barmore, as counsel of record for Plaintiff is granted. Mr. Barmore shall no longer receive electronic notice in this case.

DATED this 8th day of November, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge