# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOWNING STORAGE, LLC,** | |
| Plaintiff, | 8:22CV206 |
| vs. | ORDER |
| **WADENA INSURANCE COMPANY, and IMT INSURANCE COMPANY,** | |
| Defendants. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 5, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 3rd day of May, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge