## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DOWNING STORAGE, LLC,

                    Plaintiff,

      vs.

WADENA INSURANCE COMPANY, and
IMT INSURANCE COMPANY,

                    Defendants.

**8:22CV206**

**ORDER FOR DISMISSAL ON JOINT STIPULATION**

This case is before the Court on the parties' Joint Stipulation for Dismissal. Filing 24. The parties request that this matter be dismissed with prejudice, with each party to pay its own costs and with complete record waived. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 24, is granted, and this matter is dismissed with prejudice, with each party to pay its own costs and with complete record waived.

Dated this 25th day of May, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge